UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

24-cv-23935

PIERRE HILAIRE,

Plaintiff,

Vs.

GOODLEAP, LLC,

Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, PIERRE HILAIRE, by and through the undersigned counsel, hereby dismisses

the above-styled case against Defendant, GOODLEAP, LLC, with prejudice.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 16, 2025, I electronically caused the foregoing to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in a manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, on: T.W. Anderson, Esq., Attorney for Defendant, Nelson Mullins Riley & Scarborough, LLP, Suite 310, 1905 N.W. Corporate Blvd., Boca Raton, Florida 33431 tw.anderson@nelsonmullins.com.

/s/ ***James G. Bishop***

James G. Bishop, Esquire
Law Offices of Kertch Conze, P.A.
3600 Red Road, Suite 402
Miramar, FL 33025
Tele: (954) 342-9044
Fax: (863) 400-7638
conze@conzelaw.com;
lawoffice@conzelaw.com;
jbishop@bishop-legal.com
Florida Bar #: 1027217
Co-counsel for Plaintiff